**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             April 17, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 12-cv-03347-RPM

| | |
|---|---|
| FRONTIER PETROLEUM SERVICES, INC., | Dan Bonifazi |
| Plaintiff, | |
| v. | |
| EP ENERGY E&P COMPANY, L.P., EL PASO PRODUCTION COMPANY, and EP ENERGY MANAGEMENT, L.L.C., | James A. Porter Marcy G. Glenn |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Evidentiary Hearing**

**2:02 p.m.        Court in session.**

Plaintiff and defendants client representatives Patricia Cherne and Morris E. Slayden are present.

Court's preliminary remarks and states its understanding of the case.

2:06 p.m.        Plaintiff's witness, Patricia Cherne, sworn.

Direct examination of Ms. Cherne by Mr. Bonifazi.

**Plaintiff's Exhibits 1, 2, 3, 4, 5, 6, 7, 8 and 9 identified, offered and received.**

2:36 p.m.        Cross examination of Ms. Cherne by Mr. Porter.

**Defendants' Exhibits A8 and A18 identified, offered and received.**
Reference to Plaintiff's Exhibits 4, 2, 3 and 1.
Defendants' Exhibit A21 identified and referenced.

Discussion and stipulation by counsel regarding Turning Wave Seismic, L.P.

April 17, 2013
12-cv-03347-RPM

**Court's findings and conclusions as stated on record.**

**ORDERED:    Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) and in the Alternative Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a), is granted with respect to the motion to dismiss as a Texas entity is an indispensable party.**

**Defendants' Motion to Dismiss For Failure to Join a Party Pursuant to Rule 12(b)(7), is moot.**

**3:05 p.m.       Court in recess.**

**Clerk's Note:   Exhibits retained.**

Hearing concluded.  Total time: 1 hr. 3  min.