IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03347-RPM

FRONTIER PETROLEUM SERVICES, INC.,

       Plaintiff,

v.

EP ENERGY E&P COMPANY, L.P.,
EL PASO PRODUCTION COMPANY, and
EP ENERGY MANAGEMENT, L.L.C.,

       Defendants.

_____

ORDER OF DISMISSAL FOR LACK OF JURISDICTION
_____

Pursuant to the hearing held today and upon the finding and conclusion that the owner of the seismic data that is the subject matter of the first claim for relief (misappropriation of trade secrets), second claim for relief (negligence), fourth claim for relief (breach of fiduciary duty), and fifth claim for relief (breach of trust), is and was during the relevant time period, Turning Wave Seismic, L.P., a Texas limited partnership of which the sole general partner is TriciaDonn, Inc., a Texas corporation, and is therefore an indispensable party to this civil action and because there is now no diversity of citizenship, it is

ORDERED that this civil action is dismissed for lack of jurisdiction.

DATED: April 17, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge