IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03347-RPM

FRONTIER PETROLEUM SERVICES, INC.,

    Plaintiff,

v.

EP ENERGY E&P COMPANY, L.P.,
EL PASO PRODUCTION COMPANY, and
EP ENERGY MANAGEMENT, L.L.C.,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to the Order of Dismissal for Lack of Jurisdiction, entered today by Senior Judge Richard P. Matsch, it is

ORDERED AND ADJUDGED that this civil action is dismissed for lack of jurisdiction.

DATED: April 17, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                s/M. V. Wentz

                By_____
                           Deputy